IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

BURBACK FARMS, INC., et al.                )
                                            )
        Plaintiffs,                         )
                                            )        8:06CV38
    vs.                                     )
                                            )        ORDER
F.E. WARREN AIR FORCE BASE, et al.,         )
                                            )
        Defendants.                         )

This matter is before the court following a telephone conference with counsel for the parties on December 27, 2006.

**IT IS ORDERED:**

The **telephone** planning conference with the undersigned magistrate judge is continued to **January 31, 2007** at **9:30 a.m. Central Standard Time**. Plaintiff's counsel shall initiate the telephone conference.

DATED this 27th day of December, 2006.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge