# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BURBACK FARMS, INC., et al., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>F.E. WARREN AIR FORCE BASE, et al., )<br>)<br>Defendants. ) | 8:06CV38<br><br>ORDER |

This matter is before the court following a telephone conference with counsel for the parties on January 31, 2007.

**IT IS ORDERED:**

The **telephone** planning conference with the undersigned magistrate judge is continued to **February 27, 2007, at 1:30 p.m. Central Standard Time**.  Plaintiff's counsel shall initiate the telephone conference.

DATED this 31st day of January, 2007.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge